# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JAVIER ALEXANDER BERMUDEZ, and<br>DAVID ROBERT KABLE JR.<br><br>*Defendant(s)* | Case No. 1:25-MJ-509<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 2023 to June 2025__ in the city/county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846 | Knowingly and intentionally conspire with others, known and unknown, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

AUSA Heather D. Call
*Printed name and title*

*E. Andrew Ferriter*
*Complainant's signature*

FBI Special Agent E. Andrew Ferriter
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: August 22, 2025

Digitally signed by Ivan Davis
Date: 2025.08.22 09:53:53 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

The Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*