AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

FILED

2025 OCT -7 P 3: 46

| | | |
|---|---|---|
| United States of America<br>v.<br>JAVIER ALEXANDER BERMUDEZ<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:25-MJ-509<br><br>**UNDER SEAL** |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAVIER ALEXANDER BERMUDEZ                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

◯ Indictment       ◯ Superseding Indictment       ◯ Information       ◯ Superseding Information       ☒ Complaint

◯ Probation Violation Petition       ◯ Supervised Release Violation Petition       ◯ Violation Notice       ◯ Order of the Court

This offense is briefly described as follows:

Conspire with others, known and unknown, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846

Date:    08/22/2025

*Signature*

Digitally signed by Ivan Davis
Date: 2025.08.22 09:52:57 -04'00'

*Issuing officer's signature*

City and state:   Alexandria, Virginia

The Hon. Ivan D. Davis, U.S. Magistrate judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)*  08-22-2025     , and the person was arrested on *(date)*  09-08-2025
at *(city and state)*  BOSTON, MA

Date:  10-06-2025

*Sylvia Skelton*

*Arresting officer's signature*

Sylvia Skelton - Investigative Analyst

*Printed name and title*

# ARRESTED BY FBI